UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS
OF GREATER NEW YORK LOCAL
UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES,
AFL-CIO, *et al.*,

                        Petitioners,

-v-

KPM CONSTRUCTION,

                        Respondent.

23-CV-8494 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Petitioners filed a petition to confirm an arbitration award on September 27, 2023. (ECF No. 1.)  Petitioners served Respondent on October 6, 2023.  (ECF No. 8.)  Petitioners filed a motion for summary judgment on December 6, 2023.  (ECF No. 9.)  Respondent has not yet appeared or otherwise taken action in this case.

    Respondent is directed to appear on ECF through counsel and to respond to Petitioners' motion for summary judgment at ECF No. 9.  If Respondent fails to respond to Petitioners' motion for summary judgment by December 21, 2023, the motion will be considered unopposed.

    Petitioners are directed to serve a copy of this order on Respondent within seven days.

    SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                              _____
                                                J. PAUL OETKEN
                                            United States District Judge