UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union No. 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, | ) ) ) ) ) Case No.: 23-cv-08494(JPO) |
| Petitioners, | ) ) |
| -against- | ) **JUDGMENT** ) ) |
| KPM Construction a/k/a KPM Construction Corp., | ) ) |
| Respondent. | ) |

---

This action having been commenced on September 27, 2023 by the filing of the Summons and Petition, and a copy of the Summons and Complaint having been served on the Respondent, KPM Construction a/k/a KPM Construction Corp., on October 6, 2023 via affixing one true copy of the Summons and Petition at the last known business address of Respondent KPM Construction, and said Proof of Service having been filed with the Clerk of the Court on December 6, 2023, and the Respondent not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioners have judgment against Respondent in the liquidated amount of $17,411.70, which includes the following: fringe benefit contributions in the sum of $3,458.70 due on behalf of Rodcliffe Brown, Mario Lugo, Carlos Santander and Joel Aguilar; fines in the sum of $10,000.00 due to the Joint Trade Board of the Drywall Tapers Industry; attorney's fees in the sum of $3,420.00; and court costs and disbursements in the sum of $533.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

**Upon entry of judgment, the Clerk is directed to close this case.**

Dated:  New York, New York
        January 2  , 2024

So Ordered:

_____
J. PAUL OETKEN
United States District Judge